IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CORY SHAWN WRIGHT,
ADC #135807A                                                                PLAINTIFF

V.                    CASE NO. 5:19-cv-133-KGB-BD

JUSTINA L. EVERETT, *et al*.                                           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, this case is hereby

DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 4th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE